N.R. SMITH, Circuit Judge,
concurring in part and dissenting in part:
Our memorandum disposition represents the correct manner in which to decide all of the issues therein except that part determining that we have jurisdiction to decide the Fourteenth Amendment claim qualified immunity issues. There is no question that the district court order only addressed the merits of the Fourteenth Amendment question: The district court did not apply qualified immunity standards. Thus, we cannot determine qualified immunity as to the Fourteenth Amendment claims and should dismiss these claims. See Liberal v. Estrada, 632 F.3d 1064, 1074 (9th Cir.2011); Huskey v. City of San Jose, 204 F.3d 893, 905 (9th Cir.2000). There is no precedent authorizing jurisdiction on the basis that the district court believed it had decided an issue. One only has to review the district court opinion to reach this conclusion.